# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR ISABEL VELA,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE BAR OF CALIFORNIA, et al.,<br><br>            Defendants. | 1:23-cv-01638-JLT-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Pastor Isabel Vela, proceeding *pro se*, filed this civil action on November 22, 2023, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) However, Plaintiff's form application to proceed *in forma pauperis* is not complete. Plaintiff's application does not indicate whether she has received income from any other sources in the past 12 months or the amount of that income, if any. (Doc. 2 at 1.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

1

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **November 27, 2023**         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE