UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR ISABEL VELA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE BAR OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-1638 JLT BAM<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION FOR AN EMERGENCY HEARING<br><br>(Docs. 3, 8) |

    Plaintiff seeks to hold the State Bar of California liable for violations of her civil rights. (*See generally* Doc. 9.) When Plaintiff initiated this action, she also filed a "Motion for Emergency Hearing in the Interest of Justice," requesting a hearing, injunction, and related costs. (Doc. 3.)

    The assigned magistrate judge construed Plaintiff's motion as a request for a preliminary injunction. (Doc. 8 at 2.) The magistrate judge found Plaintiff did not show a likelihood of success on the merits and made "no showing that she will suffer irreparable harm in the absence of an injunction, that the balance of equities tips in her favor, or that an injunction is in the public interest." (*Id.* at 2-3.) Therefore, the magistrate judge recommended the motion be denied. (*Id.* at 3.)

    The Court served the Findings and Recommendations on Plaintiff and notified her that any objections were due within 14 days. (Doc. 8 at 3.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the

1

time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated (Doc. 8) are **ADOPTED** in full.
2. Plaintiff's motion for an emergency hearing, construed as a motion for preliminary injunction (Doc. 3), is **DENIED**.

IT IS SO ORDERED.

Dated:   **March 12, 2024**

UNITED STATES DISTRICT JUDGE

2